CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 8 2019

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

RAYMOND E. HERRING, )
)
    Plaintiff. )
)
v. ) Civil Action No.: 4:18cv00007
)
HERITAGE TOWERS APARTMENTS LLC, )
)
    Defendant. )

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff, Raymond E. Herring, and defendant, Heritage Towers Apartments LLC, by and through their undersigned counsel, come before the Court to stipulate to dismissal of this matter in its entirety, as the parties agree to dismissal of this action with prejudice.

For good cause shown, and it appearing to the Court that the parties have reached a settlement, it is hereby ORDERED that this matter be and hereby is DISMISSED WITH PREJUDICE. Each party is to pay its own costs and attorneys' fees in this matter.

And the Clerk of this Court is directed to forthwith certify a copy of this Order and forward to each counsel of record and strike this matter from the docket.

This Order is FINAL.
ENTERED this 8th day of January, 2019.

_/s/ Jackson L. Kiser_
Senior Judge

We ask for and consent to the entry of this Order:

/s/      C. Kailani Memmer
C. Kailani Memmer (VSB No. 34673)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
Fulton Motor Lofts
400 Salem Ave., SW, Suite 100
Roanoke, Virginia 24016
Telephone:  (540) 767-2200
Facsimile:   (540) 767-2220
kmemmer@glennrob.com

*Counsel for Defendant*


/s/      Mark T. Williams
Mark T. Williams (VSB No. 29319)
WILLIAMS, MORRISON, LIGHT AND MOREAU
317 Patton Street
Danville, Virginia 24541
Telephone:  (434) 793-4912
Facsimile:   (434) 792-6110
mark.williams@williamsmorrisonlight.com

*Counsel for Plaintiff*